AO 442 (Rev. 01/09) Arrest Warrant

11951206

# UNITED STATES DISTRICT COURT
### for the

FILED
2026 APR 21 AM 11:15
CLERK
U.S. DISTRICT COURT

### Central District of Utah

| | |
|---|---|
| United States of America<br>v.<br><br>Rose Inessa-Ethington, A.K.A., Eri Ethington<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) |

Case No. 2:26mj313 JCB

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    **Rose Inessa-Ethington, A.K.A., Eri Ethington** ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

**18 U.S.C § 1204 INTERNATIONAL PARENTAL KIDNAPPING**

Date: **April 16, 2026**

_____
*Issuing officer's signature*

City and state:    **Salt Lake City, Utah**

**JARED C. BENNETT, United States Magistrate Judge**
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 04\16\2026 , and the person was arrested on *(date)* 04\20\2026 at *(city and state)* Richmond, VA . |
| Date: 04\21\2026      _____<br>*Arresting officer's signature*<br><br>Kathryn Weber, FBI SA<br>*Printed name and title* |