AO 442 (Rev. 01/09) Arrest Warrant                                                          11951197

# UNITED STATES DISTRICT COURT

FILED
2026 APR 21 AM 11:19
CLERK
U.S. DISTRICT COURT

for the

Central District of Utah

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:26mj313 JCB |
| Blue Inessa-Ethington, A.K.A., Carly Ann Crosby | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **Blue Inessa-Ethington, A.K.A., Carly Ann Crosby** ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

**18 U.S.C § 1204 INTERNATIONAL PARENTAL KIDNAPPING**

Date: **April 16, 2026**

_____
*Issuing officer's signature*

City and state:   **Salt Lake City, Utah**

**JARED C. BENNETT, United States Magistrate Judge**
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 04/16/2026 , and the person was arrested on *(date)* 04/20/2026
at *(city and state)* Richmond, VA .

Date: 04/21/2026

_____
*Arresting officer's signature*

Kathryn Weber, FBI SA
*Printed name and title*