# U.S. District Court
## Eastern District of Virginia – (Richmond)
## CRIMINAL DOCKET FOR CASE #: 3:26–mj–00025–MRC All Defendants

---

Case title: USA v. Inessa–Ethington, et al.                    Date Filed: 04/21/2026

---

Assigned to: Magistrate Judge Mark R. Colombell

**Defendant (1)**

**Rose Inessa–Ethington**               represented by   **Paul Geoffrey Gill**
                                                         Office of the Federal Public Defender
                                                         (Richmond)
                                                         701 E Broad Street
                                                         Suite 3600
                                                         Richmond, VA 23219
                                                         804–343–0800
                                                         Email: Paul_Gill@fd.org
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: Public Defender*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Magistrate Judge Mark R. Colombell

**Defendant (2)**

**Blue Inessa–Ethington**               represented by   **Michael C. Moore**
                                                         Michael C. Moore, PLC

USCA4 1

101 Shockoe Slip
Ste O
Richmond, VA 23219
804–658–5384
Email: mike.moore@dinkinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**                                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                        **Disposition**

None

---

**Plaintiff**

**USA**                                 represented by   **Katherine Elizabeth Groover**
                                                         DOJ–USAO
                                                         Eastern District of Virginia
                                                         919 E. Main Street
                                                         Suite 1900
                                                         Richmond, VA 23219
                                                         804–819–5400
                                                         Email: katherine.groover@usdoj.gov
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2026 | | Arrest of Rose Inessa–Ethington in Eastern District of Virginia – Richmond Division. (jsau, ) (Entered: 04/22/2026) |
| 04/20/2026 | | Arrest of Blue Inessa–Ethington in Eastern District of Virginia – Richmond Division. (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 1 | |

| | | |
|---|---|---|
| | | Arrest Warrant Returned Executed on 4/20/26 in case as to Rose Inessa−Ethington. (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 2 | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Initial Appearance in Rule 5(c)(3) Proceedings as to Rose Inessa−Ethington held on 4/21/2026; Court reminded counsel of prosecutorial obligations as required under Rule 5(f); Matter came on for initial appearance on warrant issued out of the District of Utah; Deft advised of alleged charges and rights; Deft requested court appointed counsel − Granted; Paul Gill AFPD present and appointed for all Richmond hearings; Deft executed Waiver of Rule 5 Hearings in this district; Govt seeking detention − Granted; Deft committed to the District of Utah for further proceedings; Deft remanded. (Attachments: # 1 Complaint from the District of Utah)(FTR.)(jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 3 | CJA 23 Financial Affidavit by Rose Inessa−Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 4 | WAIVER of Rule 5 Hearings by Rose Inessa−Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Rose Inessa−Ethington. Paul Geoffrey Gill appointed. (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Rose Inessa−Ethington. Defendant committed to District of District of Utah. Signed by Magistrate Judge Mark R. Colombell on 4/21/26. (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 6 | Search Warrant Returned Executed on 4/20/26 as to Blue Inessa−Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 7 | Minute Entry for proceedings held before Magistrate Judge Mark R. Colombell: Initial Appearance in Rule 5(c)(3) Proceedings as to Blue Inessa−Ethington held on 4/21/2026; Court reminded counsel of prosecutorial obligations as required under Rule 5(f); Matter came on for initial appearance on warrant issued out of the District of Utah; Deft advised of alleged charges and rights; Deft requested court appointed counsel − Granted; Michael Moore CJA present and appointed for all Richmond hearings; Deft executed Waiver of Rule 5 Hearings in this district; Govt seeking detention − Granted; Deft committed to the District of Utah for further proceedings; Deft remanded. (Attachments: # 1 Complaint from the District of Utah)(FTR.)(jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 8 | CJA 23 Financial Affidavit by Blue Inessa−Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | | CJA 20 as to Blue Inessa−Ethington: Appointment of Attorney Michael C. Moore for Blue Inessa−Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 9 | WAIVER of Rule 5 Hearings by Blue Inessa−Ethington (jsau, ) (Entered: 04/22/2026) |
| 04/21/2026 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Blue Inessa−Ethington. Defendant committed to District of District of Utah. Signed by Magistrate Judge Mark R. Colombell on 4/21/26. (jsau, ) (Entered: 04/22/2026) |
| 04/22/2026 | 11 | Due Process Protections Act Order as to Rose Inessa−Ethington. Signed by Magistrate Judge Mark R. Colombell on 4/22/26. (jsau, ) (Entered: 04/22/2026) |
| 04/22/2026 | 12 | Due Process Protections Act Order as to Blue Inessa−Ethington. Signed by Magistrate Judge Mark R. Colombell on 4/22/26. (jsau, ) (Entered: 04/22/2026) |