MELISSA HOLYOAK, First Assistant United States Attorney (#9832)
CARLOS ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: carlos.esqueda@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:26mj313 JCB |
| Plaintiff, | COMPLAINT |
| vs. | COUNT 1, 18 U.S.C. § 1204, INTERNATIONAL PARENTAL KIDNAPPING; AIDING AND ABETTING, 18 U.S.C. §2. |
| ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON, | |
| And | |
| BLUE INESSA-ETHINGTON, A.K.A. CARLY ANN CROSBY, | Judge Jared C. Bennett |
| Defendants. | |

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

**AFFIDAVIT**

This complaint is based on the following information:

1

USCA4  7

I, Jennifer M. Waterfield, being first duly sworn, depose and say:

1. Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) currently assigned to the Violent Crimes Against Children squad in the Salt Lake City field office. The information contained in this complaint is based on an investigation conducted by your affiant along with other FBI Agents located in Mexico as well as other federal and local law enforcement officers in Canada, Washington, and Utah.

2. Minor Victim 1 (MV 1) is a 10-year-old biological male who identifies as a female, splits time living with divorced parents who share custody, in Cache County, Utah and is a Citizen of the United States. On March 28, 2026, MV 1 was supposed to be traveling by car to Calgary in Alberta, Canada, for a planned camping trip with his transgender mother, Rose Inessa-Ethington, Rose's partner, Blue Inessa-Ethington and Blue's 3-year-old child. The group never arrived at their hotel (Days Inn, 4420 16 Ave NW Calgary, AB T3B 0M4) on March 28, 2026, nor the campground they planned to stay at from March 29 - April 2, 2026 (Tunnel Mountain Village #2, Improvement District No. 9, AB T1L 1B3). The group, (including MV1) has not been heard from since March 28, 2026, when MV 1 told LB via telephone they had arrived in Canada.

3. MV 1's biological mother, LB, shares custody of MV 1 with Rose Inessa-Ethington (her former spouse, who transitioned from male to female). On April 3,

2

USCA4  8

2026, at 1900 hours MV 1 was supposed to be returned to LB after the camping trip to Calgary, per the court ordered custody agreement, which did not occur (Case No: 214100296, First Judicial District Court, Cache County, State of Utah). All efforts to contact MV 1, Rose and Blue Inessa-Ethington by phone and social media have been met with negative results. MV 1 does not possess a phone or any communication device; Rose Inessa-Ethington and Blue Inessa-Ethington's phones have been turned off after last contact on March 28, 2026; all attempted calls go straight to voicemail, which is in violation of the custodial agreement.

4. On March 29, 2026, at approximately 1545 hours, the group (including MV 1) crossed the U.S-Canada border by foot from Blaine, Washington, into Surrey, British Columbia via the Douglas ("Peace Arch") Port of Entry pedestrian crossing.

5. On March 29, 2026, the group (including MV 1) took Air Canada flight 996 from Vancouver, British Columbia in Canada, which departed at approximately 1650 hours to Mexico City, Mexico, which landed at approximately 2315 hours. Mexican immigration authorities confirmed their arrival in Mexico City utilizing their US Passports.

6. On April 1, 2026, the group (including MV 1) took Viva Aerobus flight 874 from Merida, Mexico, which departed at approximately 0850 hours to Havana, Cuba,

3

USCA4 9

which landed at approximately 1215 hours. Mexican immigration authorities confirmed their departure from Merida utilizing their US Passports.

7. Interviews of MV 1's family members provided significant concerns for MV 1's well-being, as MV 1 was born a male, however, identifies as a female child, which is largely believed to be due to manipulation by Rose Inessa-Ethington. Concerns exist that MV 1 was transported to Cuba for gender reassignment surgery prior to puberty.

8. Searches of Rose Inessa-Ethington and Blue Inessa-Ethington's residence revealed numerous "to-do" lists including packing lists and notes, including "learn Spanish" and information on flights to Canada, Mexico and Cuba. Other notes were located, which stated: "get haircuts"/ "10k withdrawal- cash to have"/ "10k emergency- leave with Nikki"/ "Confirm Cuba limit- 100lb/50lb/1 bag/ 2 bags"/ "write out and start what we can for tourist visa"/ "empty USU bank." An additional note was located regarding putting items in storage and buying a combination lock. Recovered notes include instruction from a mental health therapist located in Washington D.C. including instruction to send the therapist the $10,000.00 and instructions on gender affirming medical care for children.

9. Rose Inessa-Ethington and Blue Inessa-Ethington both worked for the same software company, however Rose Inessa-Ethington quit her job. Blue Inesssa-Ethington is currently employed as a project manager and requested paid time off

4

for this trip; she was expected to return to work on April 1, 2026, however, has had no contact with the employer.

10. On March 26, 2026, Blue Inessa-Ethington withdrew $10,000 from her Wells Fargo checking account.

11. Cuban law enforcement has confirmed and located Rose Inessa-Ethington, MV 1, and Blue Inessa-Ethington in Cuba.

12. On April 13. 2026, the First District Court for Cache County, State of Utah, Judge Brian Cannell, issued a Writ of Assistance and ordering MV 1 to be returned to child's mother immediately and granting mother exclusive custody of MV 1.

13. Your affiant believes that due to the extensive planning and preparation exhibited by both Rose Inessa-Ethington and Blue Inessa-Ethington to isolate MV 1 and take MV 1 to Havana, Cuba, without notifying or requesting permission from MV 1's mother indicates they are likely not planning to return to the United States with MV 1, in violation of Title 18 USC §1204, International Parental Kidnapping, and 18 U.S.C. § 2, Aiding and Abetting.

//

//

//

//

5

14. Based on the foregoing information, your affiant respectfully requests that a complaint and warrant of arrest be issued for ROSE INESSA-ETHINGTON, A.K.A. ERI ETHINGTON, and BLUE INESSA-ETHINGTON, A.K.A CARLY ANN CROSBY, for violations of 18 U.S.C. § 1204(b), 18 U.S.C. § 2, Aiding and Abetting.

Dated this 16th day of April 2026.

Jennifer M. Waterfield
Digitally signed by Jennifer M. Waterfield
Date: 2026.04.16 14:27:44 -06'00'

Jennifer Waterfield
Special Agent, FBI

SUBSCRIBED AND SWORN to before me this 16th day of April 2026.

Jared C. Bennett
United States Magistrate Judge

APPROVED:
MELISSSA HOLYOAK
United States Attorney

CARLOS A. ESQUEDA
Assistant United States Attorney

6