```
MIME-Version:1.0
From:cmecf@vaed.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Mark R. Colombell (james_garner@vaed.uscourts.gov,
jessica_saunders@vaed.uscourts.gov, mara_shingleton@vaed.uscourts.gov,
mark_colombell@vaed.uscourts.gov, mrc_chambers@vaed.uscourts.gov,
sean_tenaglia@vaed.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:13239852@vaed.uscourts.gov
Subject:Activity in Case 26-25VAED Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

## U.S. District Court

## Eastern District of Virginia –

## Notice of Electronic Filing

The following transaction was entered on 4/22/2026 at 11:04 AM EDT and filed on 4/21/2026

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 3:26–mj–00025–MRC *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest of Rose Inessa–Ethington in Eastern District of Virginia – Richmond Division. (jsau, )**

**3:26–mj–00025–MRC *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

AO 442 (Rev. 01/09) Arrest Warrant

11951206

# UNITED STATES DISTRICT COURT

for the

Central District of Utah

| | |
|---|---|
| United States of America<br>v.<br>Rose Inessa-Ethington, A.K.A., Eri Ethington<br>*Defendant* | )<br>)<br>)   Case No. 2:26mj313 JCB<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **Rose Inessa-Ethington, A.K.A., Eri Ethington**                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
**18 U.S.C § 1204 INTERNATIONAL PARENTAL KIDNAPPING**

Date: April 16, 2026

_____
*Issuing officer's signature*

City and state:   **Salt Lake City, Utah**

**JARED C. BENNETT, United States Magistrate Judge**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 04\|16\|2026 , and the person was arrested on *(date)* 04\|20\|2026 at *(city and state)* Richmond, VA . |

Date: 04\|21\|2026

_____
*Arresting officer's signature*

Kathryn Weber, FBI SA
*Printed name and title*