CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL      DOCKET NO. 3:26mj25-1

REPORTER: FTR      DATE: 4/21/26

<table>
<tr><td>UNITED STATES OF AMERICA<br>v.</td><td>COUNSEL</td></tr>
</table>

1. Rose Inessa-Ethington      1. Paul Gill (w)
Deft appeared via VTC ( ) ZOOM ( )

**APPEARANCES:** GOVERNMENT Katherine Groover (Y)
DEFENDANT WITH COUNSEL (✓) DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( ) WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( ) DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED (Y) BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** Rule 5
INITIAL (✓) ARRAIGNMENT ( ) REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: 4/20/26 GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES (X) DEFT ADVISED OF RULE 5 RIGHTS (✓)
FINANCIAL AFFIDAVIT (X) COUNSEL TO BE APPOINTED (X) Paul Gill For
DEFT TO RETAIN COUNSEL ( ) Richmond hearings
GOVT'S MOTION TO DETAIN DEFT (✓) ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED (X) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) PROBABLE CAUSE FOUND ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( ) DEFT REMANDED ( )
WITNESS(ES) _____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( ) DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( ) FINDINGS STATED FROM BENCH ( )
DEFT WAIVED HEARING ( ) DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( ) FLIGHT RISK ( ) DANGER ( )
GOVT NOT SEEKING DETENTION ( ) DEFENDANT RELEASED ON BOND ( )
ELECTRONIC MONITORING ( ) 3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( ) GOVT ( ) DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) *Deft Waived Rule 5 hearings in this
district
*Deft committed to the District of Utah
for further proceedings

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F) (✓)

CASE CONTINUED TO: _____ FOR _____
CASE SET: 3:15 BEGAN: 3:21 ENDED: 3:33 TIME IN COURT: 12 minutes